COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Pamela J. Hazelwood v. Keith L. Hazelwood

Appellate case number:    01-17-00147-CV

Trial court case number:  2015-49239

Trial court:              310th District Court of Harris County

Appellant has filed a motion and first amended motion to supplement the reporter's record. In these motions, appellant seeks audiotapes from the court reporters, so that she can ensure "the record is accurate and complete." Appellant also complains that 14 listed exhibits are not included in the reporter's record.

"If anything relevant is omitted from the reporter's record . . . any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." TEX. R. APP. P. 34.6(d). Therefore, if exhibits are missing, appellant may obtain a supplemental reporter's record containing those exhibits by addressing her request directly to the court reporters, who are required to supplement the record to the extent any part of the record has been omitted. *Id.*

Regarding a court reporter's audiotapes, a court reporter is required to have the original recording stored so that it is preserved and accessible. TEX. R. APP. P. 13.2(d). No one is allowed access to the original recording unless the trial court permits this by written order. TEX. R. APP. P. 13.2(e). While the audiotapes may be relevant to resolving a particular dispute about the accuracy of the record, properly presented to the trial court, *see* TEX. R. APP. P. 34.6(e)(2), such disputes are resolved in the trial court, and as such audiotapes are not part of a typical stenographically recorded record. *See* TEX. R. APP. P. 34.6(a)(1).

If a portion of the reporter's record is lost or destroyed or was inaudible, we may refer the matter to the trial court to determine if a significant portion of the court's reporter's records were lost or destroyed and whether the lost or destroyed portion is necessary to the resolution of the appeal. TEX. R. APP. P. 34.6(f). Although appellant asserts the original recordings are necessary to ensure the accuracy of the reporter's record, she does not specify how the record is inaccurate or if a portion is missing. Accordingly, appellant's motions to this court, seeking orders requiring supplementation of the reporter's record, are denied without prejudice to appellant directing appropriate requests for supplementation or correction directly to the trial court or the official court reporters. *See* TEX. R. APP. P. 34.6(d), (e).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

             ☑ Acting individually     ☐ Acting for the Court

Date: June 13, 2017